# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kahn, Charles J. | District Court, Northern District of Florida | 05/05/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge, Full-time | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

United States Courthouse
1 North Palafox St.
Pensacola
FL 32502

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust 1 |
| 2. | Trustee | Trust 2 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Charles J. | 05/05/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Retirement Pension, State of Florida | $446.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Retirement Pension, State of Florida |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Charles J. | 05/05/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Charles J. | 05/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Southern Company common stock | B | Dividend | K | T | Buy | 03/06/14 | J | | |
| 2. | | | | | Buy (add'l) | 06/06/14 | J | | |
| 3. | | | | | Buy (add'l) | 09/05/14 | J | | |
| 4. | | | | | Buy (add'l) | 12/05/14 | J | | |
| 5. Centerpoint Energy Common Stock | A | Dividend | | | Buy (add'l) | 03/10/14 | J | | |
| 6. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 7. | | | | | Buy (add'l) | 09/10/14 | J | | |
| 8. | | | | | Donated | | | | |
| 9. Accounts Bank of America | A | Interest | K | T | | | | | |
| 10. Deferred Compensation (457) account 1, VOYA | G | Distribution | P1 | T | | | | | |
| 11. --American Funds New Perspective Fund | | | | | | | | | |
| 12. --American Funds The Growth Fund of America | | | | | | | | | |
| 13. --VOYA Fixed Account 457/401 | | | | | | | | | |
| 14. --Pioneer Fund | | | | | | | | | |
| 15. --Vanguard Mid-Cap Index Fund | | | | | | | | | |
| 16. Deferred Compensation Account (457) | A | Int./Div. | L | T | | | | | |
| 17. --Vanguard Tot Int St Idx IS | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 5 of 14

**Name of Person Reporting**

Kahn, Charles J.

**Date of Report**

05/05/2015

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  --Okmrk Intl I | | | | | | | | | |
| 19.  --Invsco VK Gr Inc A | | | | | | | | | |
| 20.  --MSIF Gr P | | | | | | | | | |
| 21.  --NeuBer Genesis Tr | | | | | | | | | |
| 22.  IRA I | E | Distribution | N | T | | | | | |
| 23.  --Altria Common Stock | | | | | | | | | |
| 24.  --Bank Deposit Program Bank of America | | | | | | | | | |
| 25.  --Bank of America Common Stock | | | | | | | | | |
| 26.  --Blackrock Income Trust | | | | | | | | | |
| 27.  --British Amer Tob Spon ADR | | | | | | | | | |
| 28.  --Capital City Bank common stock | | | | | | | | | |
| 29.  --Centerpoint Energy common stock | | | | | | | | | |
| 30.  --Citigroup New common stock | | | | | | | | | |
| 31.  --Conoco Phillips common stock | | | | | | | | | |
| 32.  --DuPont EI Nemoours common stock | | | | | | | | | |
| 33.  --Deutsche High Income Opportunities | | | | | | | | | |
| 34.  --Eastman Kodak common stock | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Kahn, Charles J. | 05/05/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Exxon Mobil common stock | | | | | | | | | |
| 36. --FirstEnergy common stock | | | | | | | | | |
| 37. --Frontier Communications common stock | | | | | | | | | |
| 38. --GE Common Stock | | | | | | | | | |
| 39. --GlaxoSmithKline PLC ADS | | | | | | | | | |
| 40. --Halyard Health | | | | | Spinoff (from line 43) | 11/03/14 | J | | |
| 41. --Honeywell Intl. common stock | | | | | | | | | |
| 42. --Johnson & Johnson common stock | | | | | | | | | |
| 43. --Kimberly Clark common stock | | | | | | | | | |
| 44. --Kraft Foods CLA | | | | | | | | | |
| 45. --Merck common stock | | | | | | | | | |
| 46. --Microsoft common stock | | | | | | | | | |
| 47. --Norfold Southern common stock | | | | | | | | | |
| 48. --Philip Morris Intl. common stock | | | | | | | | | |
| 49. --Phillips 66 Com | | | | | | | | | |
| 50. --Procter & Gamble common stock | | | | | | | | | |
| 51. --Raytheon common stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Charles J. | 05/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Sandisk common stock | | | | | | | | | |
| 53. --Verizon Comm. common stock | | | | | | | | | |
| 54. --Weatherford Intl. Ltd. | | | | | | | | | |
| 55. --Wells Fargo & Co. New | | | | | | | | | |
| 56. --IBM Common Stock | | | | | | | | | |
| 57. --Mondelez Intl., Inc | | | | | | | | | |
| 58. --Unit AAM Corporate Navellier Dial High Income 44 | | | | | | | | | |
| 59. Merrill Lynch Bank Deposit Program. | A | Interest | J | T | | | | | |
| 60. Capital City Bank common stock | A | Dividend | J | T | | | | | |
| 61. Janus Twenty Fund T | A | Dividend | J | T | | | | | |
| 62. TransAmerica Capital Growth | A | Dividend | J | T | | | | | |
| 63. First Tr ETF VI | A | Dividend | J | T | | | | | |
| 64. First Tr High YL Etf | A | Dividend | J | T | | | | | |
| 65. First Tr Emerging Mkts ETF | A | Dividend | J | T | | | | | |
| 66. First Tr Engy ETF | A | Dividend | J | T | | | | | |
| 67. First Tr Europe | A | Dividend | J | T | | | | | |
| 68. First Tr Inds/Prods ETF | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Charles J. | 05/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. First Tr Large Cap ETF | A | Dividend | J | T | | | | | |
| 70. First Tr Global Auto ETF | A | Dividend | J | T | | | | | |
| 71. First Tr North Am ETf | A | Dividend | J | T | | | | | |
| 72. First Tr NASDAQ ETF | A | Dividend | J | T | | | | | |
| 73. IRA 2 (spouse) | A | Int./Div. | K | T | | | | | |
| 74. --Bank of America | | | | | | | | | |
| 75. --Capital City Bank Inc common stock | | | | | | | | | |
| 76. --Unit AAM Corporate Navellier Dial High Income 44 | | | | | | | | | |
| 77. IRA 3 | B | Int./Div. | L | T | | | | | |
| 78. --Morgan Stanley Bank N.A. | | | | | | | | | |
| 79. --ATT Common Stock | | | | | | | | | |
| 80. --Energy Transfer Eqty LP | | | | | | | | | |
| 81. --Microsoft common stock | | | | | | | | | |
| 82. --Target Corp | | | | | | | | | |
| 83. --Broadview Opp Fund | | | | | Sold | 08/14/14 | J | A | |
| 84. --Third Ave Value Inst | | | | | | | | | |
| 85. Trust 1 | D | Int./Div. | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Charles J. | 05/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Cash (Raymond James) | | | | | | | | | |
| 87. --Franklin Adjustable US Govt | | | | | | | | | |
| 88. --AIG common stock | | | | | Sold | 11/23/14 | J | A | |
| 89. --Capital City Bank common stock | | | | | | | | | |
| 90. --Chevron common stock | | | | | | | | | |
| 91. --CNA Financial common stock | | | | | | | | | |
| 92. --Duke Energy common stock | | | | | | | | | |
| 93. --Exelon common stock | | | | | Sold (part) | 05/21/14 | J | A | |
| 94. --FPIC Ins. Grp common stock | | | | | | | | | |
| 95. --Pepsico common stock | | | | | | | | | |
| 96. --Procter & Gamble common stock | | | | | | | | | |
| 97. --Southern Co. common stock | | | | | | | | | |
| 98. --Spectra Energy common stock | | | | | | | | | |
| 99. --Teco Energy common stock | | | | | | | | | |
| 100. --Calamos Growth fund | | | | | | | | | |
| 101. --Columbia Seligman fund | | | | | | | | | |
| 102. --Jacob Wisdom Fund | | | | | Sold (part) | 05/21/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Charles J. | 05/05/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --Longleaf Partners fund | | | | | | | | | |
| 104. --Lord Abbett Mid-Cap Value C | | | | | | | | | |
| 105. --Thornburg Value Fund Class A | | | | | | | | | |
| 106. --Templeton Global Income fund | | | | | Sold | 05/21/14 | J | A | |
| 107. --Half interest in condominium, Gulf Breeze, FL | D | Rent | | S | | | | | |
| 108. --Health First Network, Inc. membership units | | | | | | | | | |
| 109. --Five Flags Bank common stock | | | | | | | | | |
| 110. Trust 2 | D | Int./Div. | O | T | | | | | |
| 111. --Cash (Raymond James) | | | | | | | | | |
| 112. --Franklin Adjustable US Govt | | | | | | | | | |
| 113. --AIG common stock | | | | | Sold | 11/23/14 | J | A | |
| 114. --Best Buy common stock | | | | | | | | | |
| 115. --Capital City Bank common stock | | | | | | | | | |
| 116. --Chevron common stock | | | | | | | | | |
| 117. --Coca-Cola common stock | | | | | | | | | |
| 118. --Dean Foods common stock | | | | | Sold | 11/23/14 | J | A | |
| 119. --Duke Energy common stock | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Charles J. | 05/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --Exelon Corp. common stock | | | | | | | | | |
| 121. --FPIC Ins. Group, Inc. common stock | | | | | | | | | |
| 122. --JM Smucker common stock | | | | | | | | | |
| 123. --Kate Spade | | | | | | | | | |
| 124. --Pepsico common stock | | | | | | | | | |
| 125. --Procter & Gamble common stock | | | | | | | | | |
| 126. --Southern Co. common stock | | | | | | | | | |
| 127. --Spectra Energy common stock | | | | | | | | | |
| 128. --Teco Energy common stock | | | | | | | | | |
| 129. --Treehouse Foods common stock | | | | | | | | | |
| 130. --Whitewave Foods | | | | | | | | | |
| 131. --Calamos Growth fund | | | | | | | | | |
| 132. --Columbia Seligman fund | | | | | | | | | |
| 133. --Jacob Wisdom fund | | | | | | | | | |
| 134. --Longleaf Partners Fund | | | | | | | | | |
| 135. --Lord Abbett Mid-Cpa Value C | | | | | | | | | |
| 136. --Thornburg Value Fund Class A | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Charles J. | 05/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --Templeton Global Income Fund | | | | | Sold | 05/21/14 | J | A | |
| 138. --Half interest in condominium, Gulf Breeze, FL | | | | S | | | | | |
| 139. | | | | | | | | | |
| 140. | | | | | | | | | |
| 141. | | | | | | | | | |
| 142. | | | | | | | | | |
| 143. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Charles J. | 05/05/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Investments and Trusts, line 5, all Centerpoint Energy stock donated to religious organization in October, 2014.

Part VII, Investments and Trusts, line 10, 13, ING became VOYA during reporting period. Holdings are unchanged.

Part VII, Investments and Trusts, line 22-57, changed custodian for IRA in August, 2014, from Morgan Stanley to Merrill Lynch, holdings unchanged, except line 24 cash holdings now Bank of American rather than Morgan Stanley Bank.

Part VII, Investments and Trusts, line 33, name change from DWS during reporting period, no change in the holding.

Part VII, Investments and Trusts, line 59, 59-72, account transferred from Morgan Stanley to Merrill Lynch, August, 2014, holdings unchanged except line 59 now held by Merrill Lynch Bank Deposit Program, line 62 now called Transamerica Capital Growth, and line 72, now called First Tr NASDAQ Tech.

Part VII, Investments and Trusts, line 73-85, account transferred from Morgan Stanley to Merrill Lynch, August, 2014, Line 74, now Bank of America rather than Morgan Stanley Liquid Asset and Morgan Stanley Bank N. A (from last year's report , held in the one Bank of America fund. No assets were sold.

Part VII, Investments and Trusts, line 107, assessed value (of entire property) per property appraiser is 261,250.

Part VII, Investments and Trusts, line 138, assessed value (of entire property) per property appraiser is 261,250.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Charles J. Kahn**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544